10-MC-05031-ORD

FILED _____ LODGED
RECEIVED

DEC 2 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MC 10-5031 |
| | ) | (CR00-5731-1) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [PROPOSED] |
| JAMES DALTON BELL, | ) | ORDER TO ISSUE A WRIT OF |
| | ) | CONTINUING GARNISHMENT |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TEMPLETON EMERGING MARKET FUNDS, | ) | |
| | ) | |
| Garnishee. | ) | |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment against Dept. of Retirement Systems, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Templeton Emerging Market Funds, Att: LTSS- Legal transfers Special Services, # 970-2, 1 Franklin Park, San Mateo, CA 94403-1905.

DATED this 28 day of December, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
ANASTASIA D. BARTLETT
Assistant United States Attorney

Order to Issue Writ of Continuing Garnishment
WP.380

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271