# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES DALTON BELL,<br><br>        Defendant,<br><br>   v.<br><br>TEMPLETON EMERGING MARKET FUNDS,<br><br>        Garnishee. | CASE NO. C10-5031BHS<br><br>ORDER GRANTING MOTION TO ISSUE GARNISHEE ORDER |

This matter comes before the Court on the United States' Motion to Issue Garnishee Order (Dkt. 7). The Court has reviewed the brief filed in support of the motion and the remainder of the file and hereby grants the motion for the reasons stated herein.

A Writ of Garnishment, directed to Garnishee Templeton Emerging Market Funds ("Templeton") was issued and served upon Templeton. On January 19, 2011, Templeton filed an answer (Dkt. 5), which established and confirmed that Defendant James Dalton Bell ("Bell") is a shareholder of the Transfer Agent for the "Fund," BNY Mellon Shareowner Services. Templeton also provided a list of all the specific holdings of Bell.

On January 24, 2011, Bell filed an Objection to Further Proceedings in Non-Jurisdictional, Terminated, and Appealed Case CR00-5731. Dkt. 6. No specific

ORDER - 1

objections by Bell were made in the answer as to why the garnishment is inappropriate or why it should not proceed, nor did Bell submit a Request for Hearing to the Court as specified in the relevant garnishment documents sent by certified mail/return receipt requested, and received on January 12, 2011.

Therefore, it is hereby **ORDERED** that the Government's Motion to Issue Garnishee Order (Dkt. 7) is **GRANTED** and that Templeton pay the entire sum of the "Fund" to the United States, up to $9,618.00, the amount presently owing by Bell under the Restitution Order in *United States v. James Dalton Bell*, CR00-5731-RBL-1.  This shall include all monies previously withheld by Templeton in accordance with the Writ of Garnishment.

DATED this 6th day of June, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2